USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 1/10/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DONGZHI YANG, YANQING ZHU, JINRONG YANG, and LUQI YANG,

Petitioners,

-against-

KEVIN MCALEENAN, *in his official capacity as Acting Secretary of the U.S. Department of Homeland Security*, KENNETH T. CUCCINELLI II, *in his official capacity as Acting Director, US Citizenship and Immigration Services*, and LEE BOWES, *in his official capacity as Director, USCIS New York City District Office*,

Defendants.

No. 19-CV-11468 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

Petitioners filed a petition for a writ of mandamus on December 13, 2019. On December 19, 2019, the Court issued an Order setting an initial conference for January 17, 2020 and directing the parties to submit a joint letter and proposed case management plan. Dkt. 2. The Court directed Petitioners to serve the December 19, 2019 Order on Defendants and file an affidavit on ECF certifying that such service had been effectuated. Petitioners have not filed an affidavit of service. They shall do so no later than January 13, 2020. Further, Petitioners shall either confer with Defendants and submit a joint letter and proposed case management plan by January 14, 2020, or file a letter requesting an adjournment of the initial conference.

SO ORDERED.

Dated:     January 10, 2020
           New York, New York

Ronnie Abrams
United States District Judge